UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | NO.  4:01-CR-22-06-SEB-MGN |
| | ) | |
| KEVIN YATES | ) | |
|     Defendant | ) | |

## ORDER APPROVING AND ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation dated May 7, 2010, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED.  The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of six (6) months.  Following the six-month term of imprisonment, the defendant shall be placed on supervised release for a period of forty-two (42) months in accordance with the standard and special conditions of supervised release previously imposed.

The Court recommends that the defendant's term of imprisonment be served at the Federal Medical Center in Lexington, Kentucky.

Date: 05/27/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

**John Earl Dowd**
UNITED STATES ATTORNEY'S OFFICE
john.dowd@usdoj.gov,kelly.poole@usdoj.gov,USAINS.ECF-Criminal@usdoj.gov

**Matthias David Onderak**
UNITED STATES ATTORNEY'S OFFICE - EV
Matthias.Onderak@usdoj.gov,usains.ecf-criminal@usdoj.gov,Linda.Morris@usdoj.gov,Debbie.Barton@usdoj.gov

**Larry D. Simon**
SIMON LAW OFFICE
ssimpson@bluegrass.net,larrylawyerguy@aol.com

U.S. Marshal

U.S. Probation